**Order entered June 28, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-20-01007-CR

## QUINTUS JEROME RICHARDSON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-13785-N**

## ORDER

In light of the Court's June 24, 2021 opinion, we will take no action on any pending motions, including appointed counsel Valencia Bush's motion to withdraw or appellant's motion for an extension of time to file his pro se response.

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE